NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID DEAN,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3026

---

Petition for review of the Merit Systems Protection Board in No. AT3330120696-I-1.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

David Dean moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                        DEAN v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

s24